UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ANTHONY CHARLES RODRIGUEZ** | **CIVIL ACTION NO. 09-cv-641** |
| **Plaintiff,** | **JUDGE DOHERTY** |
| **VERSUS** | |
| | **MAGISTRATE METHVIN** |
| **JPMORGAN CHASE BANK, NA AND CHASE HOME FINANCE, LLC** | |
| **Defendants** | |

### 28 U.S.C. § 1447(b) COMPLIANCE WITH REMOVAL ORDER

PURSUANT TO 28 U.S.C. § 1447(b), JPMorgan Chase Bank, NA and Chase Home Finance, LLC, provide the following:

1(a.)   A list of all attorneys involved in the case and the parties that they represent.

    (i)   Anthony Charles Rodriguez is represented by:

> Bart J. Hebert
> Jonathan D. Mayeux
> Boyer & Hebert
> 525 E. Bridge St
> Breaux Bridge, LA 70517

    (ii)   JPMorgan Chase Bank, NA and Chase Home Finance, LLC are represented by:

> Michael D. Ferachi
> Jonathan G. Wilbourn
> McGlinchey Stafford, PLLC
> One American Place, 14th Floor
> Baton Rouge, LA 70825

1(b.)   Copies of all records and proceedings occurring in the state court, arranged by order of filing date are attached hereto as Exhibit "A."

326647.1

  1(c.) A listing of all documents included in the state court record, arranged by order of filing date, beginning with the first item filed:

    (a.) Petition for Breach of Contract and Damages;

    (b.) Affidavit of Verification;

    (c.) Request for Statutory Notice;

    (d.) Citation to Chase Home Finance, LLC;

    (e.) Citation to JPMorgan Chase Bank, NA;

    (f.) Service Return on JPMorgan Chase Bank, NA;

    (g.) Notice of Service;

    (h.) Service Return on Chase Home Finance, LLC;

    (i.) Notice of Service;

    (j.) Consent Motion for Extension of time to File Responsive Pleadings;

    (k.) Order Granting Consent Motion for Extension of time to File Responsive Pleadings;

    (l.) Notice of Removal.

  1(d.) This is to certify that by signing this Compliance, the undersigned counsel certifies to the Court, as required by the Removal Order in this case, that the pleadings attached hereto as Exhibit "A" constitute the entire State Court record provided to undersigned counsel upon a request to the Clerk of Court for the 16th Judicial District Court, State of Louisiana, Parish of St. Martin.

  (2.) Undersigned counsel has filed one motion with the State Court, that motion being one for an extension of time of an additional thirty days in which to provide responsive pleadings to the plaintiff's petition. JPMorgan Chase Bank, NA's and Chase Home Finance, LLC's motion for an extension of time was granted, extending their deadline for filing responsive pleadings until May 7, 2009. JPMorgan Chase Bank, NA and Chase Home Finance, LLC have not filed any exceptions in this matter. JPMorgan Chase Bank, NA and Chase Home Finance, LLC have no pending motions.

(3.)   Undersigned counsel has not deposited any funds into the registry of the state court.

RESPECTFULLY SUBMITTED:

McGLINCHEY STAFFORD, PLLC

/s/ Jonathan G. Wilbourn
Michael D. Ferachi (Bar No. 19566)
Jonathan G. Wilbourn (Bar No. 27683)
Fourteenth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Telecopier: (225) 343-3076

**ATTORNEYS FOR JPMORGAN CHASE BANK, NA and CHASE HOME FINANCE, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record via the Court's CM/ECF electronic service function, this 27th day of April, 2009.

/s/ Jonathan G. Wilbourn

326647.1